E565

Joseph J. Perrone, Esq.
Giuliano McDonnell & Perrone, LLP
*Attorneys for Defendants,*
*Carnival Corporation & PLC*
*and Carnival Cruise Line*
5 Penn Plaza, 23rd Floor
New York, New York 10001
Telephone:     (646) 328-0120
Email: jperrone@gmplawfirm.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---------------------------------------------------------x
SURAYA STERLING,

                    Plaintiff,

    v.

CARNIVAL CORPORATION & PLC a/k/a
CARNIVAL CRUISE LINE,

                    Defendant.
---------------------------------------------------------x

Case No.: 20-cv-01142 (KAD)

**NOTICE OF MOTION TO DISMISS**

    **PLEASE TAKE NOTICE** that Defendants, Carnival Corporation & PLC and Carnival Cruise Line, incorrectly sued herein as Carnival Corporation & PLC a/k/a Carnival Cruise Line, will move this Court before the Honorable Kari A. Dooley, United States District Judge of the United States District Court in the District of Connecticut, at the United States Courthouse, 915 Lafayette Boulevard, Suite 266, Bridgeport, Connecticut 06604, on a date and time to be set by the Court, for an Order: (a) dismissing Plaintiff's complaint with prejudice; or, in the alternative, (b) transferring the instant matter to the United States District Court for the Southern District of Florida at Miami; and (c) providing such other, further, and/or different relief as this honorable Court deems just, proper, and/or equitable.

Any response or opposition to this Motion, as well as any reply, must be filed in accordance with the deadlines set forth in Fed. R. Civ. P. 27 or those set by this honorable Court.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants rely upon the concurrently filed memorandum of law and the declaration of Maurice Vega, as well as the pleadings, orders, and decisions heretofore filed in this matter.

Dated: September 16, 2020
      New York, New York

                      GIULIANO MCDONNELL & PERRONE, LLP
                      *Attorneys for Defendants,*
                      *Carnival Corporation & PLC*
                      *and Carnival Cruise Line*

By: /s/ Joseph J. Perrone

                      Joseph J. Perrone, Esq. (Bar No. CT-24766)
                      5 Penn Plaza, 23rd Floor
                      New York, New York 10001
                      Telephone: (646) 328-0120
                      Email: jperrone@gmplawfirm.com

TO: All Counsel of Record, via the Court's CM/ECF system.

## CERTIFICATION OF SERVICE

    I hereby certify that on September 16, 2020, a copy of foregoing NOTICE OF MOTION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

By: _/s/ Joseph J. Perrone_
Joseph J. Perrone, Esq.